O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR BOYCE, | ) | Case No. EDCV 13-00030-DSF (KK) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DECLINING TO ACCEPT FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court declines to accept the findings and recommendation of the Magistrate Judge.

The matter is returned to the Magistrate Judge for further proceedings.

DATED: 6/30/15 _____

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE