O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR BOYCE, | ) | Case No. EDCV 13-00030-DSF (KK) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 9/22/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE